AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida   <span>▼</span>

|  |  |  |
|---|---|---|
| RICHARD PUGH III | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   26-cv-60852-MD |
| INTERBOND OF AMERICA, LLC<br>d/b/a BRANDSMART USA | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Interbond of America, LLC
d/b/a BrandsMart
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon J. Hill, Esq.
Wenzel Fenton Cabassa, PA
1110 N. FLorida Ave., Suite 300
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Mar 26, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*

Deputy Clerk
U.S. District Courts